UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451
(631) 712-5730

BEFORE: ARLENE R LINDSAY, USMJ    DATE: March 5, 2004
                                  TIME: 10:30 A.M.

DOCKET    CV 03-2109(ADS)

CAPTION:  GAETA -v- VILLAGE OF GARDEN CITY

__XX__    INITIAL CONFERENCE          ____TELEPHONE
_____    STATUS CONFERENCE
_____    SETTLEMENT CONFERENCE
_____    FINAL CONFERENCE
_____    OTHER

          APPEARANCES:    FOR PLAINTIFF:      FOR DEFENDANT:
                          FREDERICK L. Martorell    SARA WEISS For Nassau Cnty

                                                    Louis J. SCHEPP

_____    PRETRIAL SCHEDULING ORDER ADOPTED
_____    DISCOVERY COMPLETED
_____    PRETRIAL ORDER APPROVED
_____    CASE RETURNED TO ASSIGNED JUDGE FOR TRIAL/FINAL DISPOSITION
_____    CONFERENCE RESCHEDULED FOR: _____
_____    PLAINTIFF IS DIRECTED TO PROVIDE A COPY OF THIS ORDER TO ALL
          PARTIES.

The Following Rulings Were Made: _____

On consent of the parties, it is recommended this case be administratively closed pending completion of the underlying charges. Parties to notify court when to restore this case to active docket.

Based on the foregoing, the Court hereby adopts the recommendation to administratively close this action. SO ORDERED.

8/11/04    Arthur D. Spatt, U.S.D.J.